AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

APR 18 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
David De Jesus Mejia-Cuesta

**CRIMINAL COMPLAINT**

Case Number: M-19-0866-M

IAE   YOB: 1983
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 16, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Havana, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

David De Jesus Mejia-Cuesta was encountered by Border Patrol Agents near Havana, Texas on April 16, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 16, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 15, 2010 through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 01, 2010, the defendant was convicted of Unlawful Sexual Conduct With a 16 or 17 year old and sentenced to zero (0) to five (5) years confinement and thirty-six (36) months probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Amy L. Greenbaum 4/18/2019
*Amy L. Greenbaum*

Sworn to before me and subscribed in my presence,

April 18, 2019   8:34 am

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Carlos Sanchez   Senior Patrol Agent

Signature of Judicial Officer